FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 27 PM 12: 06

Ronald F. Black, Esq.
Ronald F. Black & Associates, LLC
1500 W. 33rd Avenue, Suite 100
Anchorage, Alaska 99503
Telephone (907) 868-5052
Facsimile: (907) 929-2994
Attorney for Defendant, Aldaberto Pioner

RONALD F. BLACK & ASSOCIATES, LLC
1500 WEST 33RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 868-5052 • FACSIMILE (907) 929-2994

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>HALLMARK INVESTMENTS, LLC., an Alaska Limited Liability Company, and ALDABERTO PIONER,<br><br>Defendants. | Case No. A05-282 CV (JWS)<br><br>ANSWER TO COMPLAINT FOR DECLARATORY RELIEF |

1. On information and belief all allegations contained in Paragraph 1 of Plaintiff's Complaint are thought to be true and thus are admitted. Answering defendant, however, reserves the right to modify this answer should contrary information come to light as discovery proceeds.

2. Answering defendant is without knowledge or information sufficient to form any opinion or belief on the matters alleged within Paragraph 2 of Plaintiff's Complaint and therefore denies all such allegations.

4

3. On information and belief all allegations contained in Paragraph 3 of Plaintiff's Complaint are thought to be true and thus are admitted. Answering defendant, however, reserves the right to modify this answer should contrary information later become available through discovery.

4. Admitted.

5. Admitted. In the alternative, jurisdiction would be proper under 28 U.S.C. § 400. Notwithstanding any admission concerning the existence of subject matter jurisdiction, it is prayed that this Court still refuse to hear the declaratory judgment action prior to trial of the underlying action. The basis of this request is that allowing a declaratory judgment action to proceed would be an unwarranted interference with the proceedings of another court. *See generally, Murphy v. Urso*, 430 N.E.2d 1079, 1085 (Ill. 1981). Additionally, many of the issues raised in the declaratory judgment action are likely to be fully decided in the underlying action.

6. Admitted.

7. It is admitted that Hallmark Investments, LLC is a proper insured under two separate general liability policies, each issued by Great Divide Insurance Company. It is further admitted that each of those policies provide coverage to Hallmark Investments, LLC. Lastly, it is admitted that on the face amount of each policy was an One Million Dollar/ per occurrence limit. However, by Great Divide's inaction it has waived any right to assert the protection of any limit in policy amount.

8. Admitted.

9. Admitted.

RONALD F. BLACK & ASSOCIATES, LLC
1500 WEST 33RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 868-5052 • FACSIMILE (907) 929-2994

10. On information and belief all allegations contained in Paragraph 10 of Plaintiff's Complaint are thought to be true and thus are admitted. Answering defendant, however, reserves the right to modify this answer should contrary information become available through later discovery.

11. Denied.

12. Denied.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff has failed to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Through inaction or neglect, plaintiff breached its duty to settle.

**THIRD AFFIRMATIVE DEFENSE**

The doctrines of waiver or estoppel apply. In the event it is determined that plaintiff has breached its contract of insurance, it should be held that the insurance company is estopped from denying coverage, even if policy limits are exceeded.

**FOURTH AFFIRMATIVE DEFENSE**

Any harm suffered by plaintiff was caused by its own acts or omission or the acts or omissions of others, for whom answering defendant is not responsible.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's letter that purports to reserve rights against its insured fails to adequately notify the parties of its basis for denial of coverage. Said failure constitutes an unfair insurance practice, or in the alternative, lack of good faith.

RONALD F. BLACK & ASSOCIATES, LLC
1500 WEST 33RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 868-5052 • FACSIMILE (907) 929-2994

RONALD F. BLACK & ASSOCIATES, LLC
1500 WEST 33RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 868-5052 • FACSIMILE (907) 929-2994

**SIXTH AFFIRMATIVE DEFENSE**

Defendant reserves the right to raise other defenses and affirmative defenses in the future.

NOW WHEREFORE defendant Aldaberto Pioner prays that:

1. This Court refuse to hear the case, until such time as a final decision is reached in the underlying case in the Alaska Superior Court;

2. In the alternative to the relief requested under Paragraph 1, above, plaintiff be ordered to respond under its contract of insurance, and take nothing and its case be dismissed with prejudice;

3. Aldaberto Pioner be awarded costs herein, including his full attorney's fees and costs of the litigation; and

4. For such other relief as the court deems just and proper.

DATED this 27th day of December 2004, at Anchorage, Alaska.

RONALD F. BLACK & ASSOCIATES, LLC
Attorneys for Aldaberto Pioner

By: Ronald F. Black
ABA No. 9211067

Defendant Pioner's Answer to Complaint
*Great Divide Insurance Co. v. Hallmark Inv., LLC et al.*
Case A05-282 CV
Page 4 of 5

RONALD F. BLACK & ASSOCIATES, LLC
1500 WEST 33RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 868-5052 • FACSIMILE (907) 929-2994

**CERTIFICATIONS**

It is further certified that on the 27th day of December, 2005 true and correct copies of the foregoing were served on:

Chris D. Gronning, Esq.
Bankston Gronning, O'Hara, P.C.
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501

Roger Holmes, Esq.
Biss & Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517

Kenneth Gutsch, Esq. (courtesy copy)
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501-2038

by:

☒ Mail ☐ Hand-Delivery ☐ Facsimile

Ronald F. Black

Defendant Pioner's Answer to Complaint
*Great Divide Insurance Co. v. Hallmark Inv., LLC et al.*
Case A05-282 CV
Page 5 of 5