BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, ) ) ) Plaintiff, ) v. ) ) HALLMARK INVESTMENTS, LLC ) an Alaska Limited Liability Company ) and ADALBERTO PIONER, ) ) Defendants. ) ) | Case No. A05-282 CV |

## ENTRY OF APPEARANCE

COMES NOW the law firm of Bankston Gronning O'Hara, P.C. and hereby enters its appearance as attorney of record for defendant Hallmark Investments, LLC, and hereby requests that all further pleadings and documentation be served on it at 601 W. 5th Avenue, Suite 900, Anchorage, Alaska 99501.

DATED this 17th day of February, 2006.

                BANKSTON GRONNING O'HARA, P.C.
                Attorneys for Defendant Hallmark Investments

                By:_____
                  s/Chris D. Gronning
                  601 W. 5th Avenue, Suite 900
                  Anchorage, Alaska 99501
                  Phone: 907-276-1711
                  Fax: 907-279-5358
                  Email: cgronning@bankston.to
                  Ak Bar No. 8310122

I hereby certify that on the 17th day of February, 2006, a copy of the foregoing Entry of Appearance was served electronically on:

Roger F. Holmes: roger.bh@gci.net

and served by mail on:

Ronald F. Black
Ronald F. Black & Associates, LLC
1500 W. 33rd Avenue, Suite 100
Anchorage, Alaska 99503

Kenneth Gutsch
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501

s/Chris D. Gronning

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to