IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | Case No. A05-282 CV |
| v. | ) ) | |
| HALLMARK INVESTMENTS, LLC an Alaska Limited Liability Company and ADALBERTO PIONER, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEMAND FOR JURY TRIAL

Defendant, Hallmark Investments, LLC, by and through its attorneys, Bankston Gronning O'Hara, P.C., hereby demands a trial by jury in the above-captioned matter.

DATED this 17th day of February, 2006.

BANKSTON GRONNING O'HARA, P.C.
Attorneys for Defendant Hallmark Investments

By:_____
s/Chris D. Gronning
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: 907-276-1711
Fax: 907-279-5358
Email: cgronning@bankston.to
Ak Bar No. 8310122

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

BANKSTON GRONNING O'HARA, P.C.

Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

I hereby certify that on the 17th day of February, 2006, a copy of the foregoing Demand for Jury Trial was served electronically on:

Roger F. Holmes: roger.bh@gci.net

and served by mail on:

Ronald F. Black
Ronald F. Black & Associates, LLC
1500 W. 33rd Avenue, Suite 100
Anchorage, Alaska 99503

Kenneth Gutsch
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501

s/Chris D. Gronning

DEMAND FOR JURY TRIAL
*Great Divide Insurance Co. v. Hallmark Investments and Pioner*, Case A05-282 CV
D3540\08\JURYdemand                                                                    Page 2 of 2