Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
Email: roger.bh@gci.net
Attorney for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>HALLMARK INVESTMENTS, LLC, )<br>an Alaska Limited Liability Company, )<br>and ADALBERTO PIONER, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:05-cv-00282-JWS<br><br>**SECOND** NOTICE OF PROOF OF SERVICE OF COMPLAINT FOR DECLARATORY RELIEF AND SUMMONS ON DEFENDANTS |

On February 13, 2006, the Clerk of Court issued a minute order stating the plaintiff had failed to file a proof of service as to one or more defendants. Counsel for both defendants agreed to voluntarily accept service of process for their clients. This agreement constituted a waiver of service of process pursuant to Fed. R. Civ. P 4(d)(1). The summons and complaint was mailed to counsel for each defendant on December 2,

SECOND NOTICE RE PROOF OF SERVICE
GREAT DIVIDE V. HALLMARK INV.
CASE NO. 3:05-cv-00282-JWS         1

2005.  Notice of proof of service on counsel pursuant to the waiver was provided to the court the same day along with a copy of each defendant's agreement to be served through counsel - Docket No. 2.  Subsequently, each defendant voluntarily appeared and answered - Docket Nos. 3, 4, 6 and 7.

DATED at Anchorage, Alaska this 23rd day of February, 2006.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.


By:_____
    s/Roger F. Holmes
    3948 Clay Products Drive
    Anchorage, AK 99517-1014
    Phone: 907-248-8013
    Fax: 907-243-6645
    Email: roger.bh@gci.net
    Alaska Bar No. 7011060

**CERTIFICATE OF SERVICE**
I hereby certify that on this 23rd day of February, 2006, a copy of foregoing **Second Notice Of Service Of Complaint For Declaratory Relief And Summons on Defendants** was served electronically on:

**cgronning@bankston.to**
Chris D. Gronning, Esq.

**And By Regular U.S. Mail On**:
Ronald F. Black, Esq.
Ronald F. Black & Associates LLC
1500 West 33rd Avenue, Suite 100
Anchorage, AK 99503

s/Roger F. Holmes