Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
Email: roger.bh@gci.net
Attorney for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> HALLMARK INVESTMENTS, LLC, an Alaska Limited Liability Company, and ADALBERTO PIONER, <br><br> Defendants. | Case No. 3:05-cv-00282-JWS <br><br> **JOINT STATUS REPORT** |

On February 27, 2006, all counsel met at the law office of Ronald Black. There is a pending settlement offer by the defendants in the underlying State Court action. If this offer is accepted, it will end the matter and include a dismissal of this declaratory judgment action. The parties agreed that a realistic time table to determine whether or not settlement would occur is Friday, March 10. If settlement occurs, the parties will

immediately notify the court and this case will be dismissed upon completion of that settlement. If settlement does not occur, the parties will meet on or before March 31, 2006, and execute and file with this Court on or before April 7, 2006, the Scheduling and Planning Conference Report.

DATED at Anchorage, Alaska this 28th day of February, 2006.

                BISS & HOLMES
                Attorneys for Plaintiff
                GREAT DIVIDE INSURANCE CO.

By:_____
   s/Roger F. Holmes
   3948 Clay Products Drive
   Anchorage, AK 99517-1014
   Phone: 907-248-8013
   Fax: 907-243-6645
   Email: roger.bh@gci.net
   Alaska Bar No. <u>7011060</u>

**CERTIFICATE OF SERVICE**
I hereby certify that on this 28th day of February, 2006, a copy of foregoing **Joint Status Report** was served electronically on:

**cgronning@bankston.to**
Chris D. Gronning, Esq.

**And By Regular U.S. Mail On**:
Ronald F. Black, Esq.
Ronald F. Black & Associates LLC
1500 West 33rd Avenue, Suite 100
Anchorage, AK 99503

s/Roger F. Holmes