# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*GREAT DIVIDE INS. CO.*   v.   *HALLMARK INVESTMENTS LLC*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cv-00282 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  March 1, 2006

The status report at docket 11 is **APPROVED**.  The date for filng the Scheduling and Planning Conference Report is extended to **April 7, 2006.**