Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
Email: roger.bh@gci.net
Attorney for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> HALLMARK INVESTMENTS, LLC, an Alaska Limited Liability Company, and ADALBERTO PIONER, <br><br> Defendants. | Case No. 3:05-cv-00282-JWS <br><br> **JOINT STATUS REPORT** |

On March 6, 2006, Ron Black notified all parties in the underlying State Court action that his client had accepted the defendants' settlement offer. Settlement papers are being drafted in that case. It is expected that the settlement will be consummated shortly. That settlement will include a stipulation to dismiss with prejudice both the underlying State Court action and this declaratory judgment action.

DATED at Anchorage, Alaska this 8th day of March, 2006.

                BISS & HOLMES
                Attorneys for Plaintiff
                GREAT DIVIDE INSURANCE CO.

                <u>s/Roger F. Holmes</u>
                3948 Clay Products Drive
                Anchorage, AK 99517-1014
                Phone: 907-248-8013
                Fax: 907-243-6645
                Email: roger.bh@gci.net
                Alaska Bar No. <u>7011060</u>

**CERTIFICATE OF SERVICE**
I hereby certify that on this 8th day of March, 2006, a copy of foregoing **Joint Status Report** was served electronically on:

**cgronning@bankston.to**
Chris D. Gronning, Esq.

**And By Regular U.S. Mail On**:
Ronald F. Black, Esq.
Ronald F. Black & Associates LLC
1500 West 33rd Avenue, Suite 100
Anchorage, AK 99503

s/Roger F. Holmes