Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
Email: roger.bh@gci.net
Attorney for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Case No. 3:05-cv-00282-JWS |
| HALLMARK INVESTMENTS, LLC, an Alaska Limited Liability Company, and ADALBERTO PIONER, | ) ) ) ) | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | ) ) ) | |

The parties to this action stipulate that the complaint, including all claims, cross-claims

or counterclaims which relate to the matters described in the complaint and which could have

been raised in this action, are dismissed with prejudice with each side to bear its own costs and

attorney's fees.

BISS & HOLMES
Attorneys for Plaintiff, Great
Divide Insurance Company

DATED: 3/9/06

By: _____

   Roger F. Holmes
   3948 Clay Products Drive
   Anchorage, Alaska 99517-1014
   (907) 248-8013 Phone
   (907) 243-6695 Fax
   E-mail: roger.bh@gci.net
   Alaska Bar No. 7011060

BANKSTON, GRONNING & O'HARA
PC, Attorneys for Defendant Hallmark
Investments, LLC

DATED: 3/9/06

By: _____

   Chris D. Gronning
   601 W. 5th Avenue, Suite 900
   Anchorage, Alaska 99501
   (907) 276-1711 Phone
   (907) 279-5358 Fax
   E-mail: cgronning@bankston.to
   Alaska Bar No. 8310122

LAW OFFICES OF RONALD F. BLACK
& ASSOCIATES, LLC, Attorneys for
Defendant Adalberto Pioner
Associates, LLC

DATED: 3/29/06

By: _____

   Ronald F. Black
   1500 W. 33rd, Suite 100
   Anchorage, Alaska 99503
   (907) 868-5052 Phone
   (907) 929-2994 Fax
   Alaska Bar No. 9211067

STIPULATION TO DISMISS
GREAT DIVIDE V. HALLMARK INV.
CASE NO. 3:05-cv-00282-JWS      2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April,
2006, a copy of foregoing **Stipulation To Dismiss**
was served electronically on:

**cgronning@bankston.to**
Chris D. Gronning, Esq.

**And By Regular U.S. Mail On**:
Ronald F. Black, Esq.
Ronald F. Black & Associates LLC
1500 West 33rd Avenue, Suite 100
Anchorage, AK 99503

s/Roger F. Holmes